Rudolph P Prisco
19 Manchester Dr.
Clifton Park, NY 12065
(518) 952-7953

July 16, 2009

Clerk
United States Bankruptcy Court
Northern District of New York
445 Broadway, Suite 330
Albany, NY 12207

**FILED**

JUL 1 7 2009

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Re: Adversary Number: 09-90083-1-rel
    Chapter 13 Number: 07-13408

Dear Court Clerk:

Please accept the enclosed Certificate Of Service regarding the above referenced adversary proceeding for filing.

Thank you for your time and attention to this matter.

                    Respectfully,

                    Rudolph P Prisco
                    Debtor Pro Se

Ch13 07/13408　　　　　　　　　　　　　　　Re- Adversary # 09-90083-1

## CERTIFICATE OF SERVICE

I, Rudolph P Prisco _____, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of
process was made. I further certify that the service of this summons and a copy of the complaint was made
7/16/09 _____ by: Sending via Certified and First Class Mail to the attention of the
(date)　　　　　　　　　　President and CEO of US BANK, NA to the address below

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Richard Davis President and CEO
US BANK, NA as Trustee for MASTR ASSET-BACKED SECURITIES TRUST 2005-AB1
800 Nicollett Mall, Minneapolis, MN 55402

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed
to the following officer of the defendant at:

Richard Davis President and CEO
US BANK, NA as Trustee for MASTR ASSET-BACKED SECURITIES TRUST 2005-AB1
800 Nicollett Mall, Minneapolis, MN 55402

☐ Publication: The defendant was served as follows: [Describe briefly]

**FILED**

JUL 17 2009

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

☐ State Law: The defendant was served pursuant to the laws of the State of _____
as follows: [Describe briefly]　　　　　　　　　　　　　　　　　　　(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

July 16, 2009　　　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　Signature

| Print Name | Rudolph P Prisco Debtor Pro Se |
|---|---|
| Business Address | 19 Manchester Dr |
| City Clifton Park | State NY　Zip 12065 |