**SO ORDERED.**

**SIGNED this 10 day of September, 2009.**

_____
**ROBERT E. LITTLEFIELD, JR.**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

IN RE:

    RUDOLPH P. PRISCO                  BK. No. 07-13408
                                                       (Chapter 13)

                    Debtor.
_____

    RUDOLPH P. PRISCO

                    Plaintiff,

                                                  **INTERIM ORDER**
        v.                                       **AP. No. 09-90083**

    US BANK, NA AS TRUSTEE FOR MASTR
    ASSET-BACKED SECURITIES TRUST
    2005-AB1 AS ASSIGNEE OF WELLS
    FARGO BANK, NA, ITS SUCCESSORS
    AND ASSIGNEE'S

                    Defendant.
_____

Upon the motion dated the 19th day of August, 2009, filed by the pro se debtor, Rudolph P. Prisco (the "Plaintiff") , seeking to disqualify Steven J. Baum, P.C., to strike any pleadings filed by Steven J. Baum, P.C., and requesting a default judgment on the complaint, and due and proper notice of the Motion having been made on all necessary parties; and a response having been filed by Steven J. Baum, P.C., Natalie A. Grigg, Esq.; and a reply having been filed by Plaintiff; and the Court, after due deliberation and careful consideration, it is hereby

ORDERED, that Hogan & Hartson LLP is hereby substituted for Steven J. Baum, P.C. as counsel for the defendant, US Bank, NA as Trustee for Mastr Asset-Backed Securities Trust 2005-AB1 as Assignee of Wells Fargo Bank, NA, its successors and Assignee's (the "Defendant"); and it is further

ORDERED, that Hogan & Harston LLP's time to answer on behalf of the Defendant is hereby extended to, and including, September 14, 2009; and it is further

ORDERED, that any answer submitted by Hogan & Hartson LLP on behalf of the Defendant be served upon the Plaintiff so as to be received by the Plaintiff on or before September 14, 2009; and it is further

ORDERED, that upon service of the answer by Hogan & Harston LLP, the Answer filed by Steven J. Baum, P.C. on August 14, 2009 shall be deemed moot and withdrawn accordingly; and it is further,

ORDERED, that the Plaintiff has until September 22, 2009 at 5:00 pm to file and serve any additional papers in this matter; and it is further

ORDERED, that the next hearing on the adversary proceeding will be held on September 24, 2009 at 10:00 am.

###