**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re Rudolph P Prisco ,  )
*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*  )
  )
  *Debtor*  )  Case No. 07-13408
  )
Employer's Tax Identification No(s)[if any] _____  )
_____  )  Chapter 13
Last four digits of Social Security No(s). [if any] ____  )
  )
  )
  Rudolph P Prisco  ,  )
  *Plaintiff*  )
  )
  v.  )
  )
  US Bank, NA as Trustee for Mastr Asset-Backed ,  )  Adv. Proc. No. 09-90083
  *Defendant*

**NOTICE OF FILING OF TRANSCRIPT**
**AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on   Sep 24, 2009   was filed on   Nov 23, 2009  . The following deadlines apply:

The parties have until   Nov 30, 2009   to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is   Dec 14, 2009  .

If a request for redaction is filed, the redacted transcript is due   Dec 24, 2009  .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is   Feb 22, 2010   unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber   J&J Court Transcribers, Inc. (jjcourt@optonline.net)   or you may view the document at the clerk's office public terminal.

At  Albany, New York                    RICHARD G. ZEH, SR.
Date: Nov 24, 2009                      Clerk of Court

                                        By: /s/ Elizabeth A. Wolf
                                            Deputy Clerk

O:R9037B(06/12/2008)

# CERTIFICATE OF MAILING

The deputy clerk indicated below of the United States Bankruptcy Court for the Northern District of New York at Albany    , hereby certifies on this date that a true copy of the foregoing document was mailed via either United States Postal Service or sent electronically to the registered users of the Northern District of New York CM/ECF system as shown below:

ddunn@hhlaw.com

natalie-grigg@mbaum.com, bkincoming@mbaum.com

Rudolph P Prisco
19 Manchester Dr.
Clifton Park, NY 12065

Andrea Celli
7 Southwoods Blvd.
Albany, NY 12211

Date: Nov 24, 2009                              /s/ Elizabeth A. Wolf
                                                             Deputy Clerk