SO ORDERED

SIGNED this 3rd day of May, 2011

Robert E. Littlefield, Jr.
Chief United States Bankruptcy Judge

RECEIVED & FILED

MAY - 3 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: :
 :  Chapter 7
Rudolph P. Prisco, :
 :  Case No. 07-13408 (REL)
              Debtor. :
-----------------------------------------------------------x
 :
Rudolph P. Prisco, :
 :
              Plaintiff, :
 :  Adv. Proc. No. 09-90083
       -against- :
 :
US Bank, NA as Trustee for MASTR Asset- :
Backed Securities Trust 2005-AB1 as Assignee :
Of Wells Fargo Bank, NA its successors and :
Assignee's, :
              Defendant. :
-----------------------------------------------------------x

## ORDER

Upon the motion dated February 15, 2011, filed by pro se Plaintiff Rudolph P. Prisco ("Prisco"), seeking (i) a default judgment against Defendant US Bank, NA as Trustee for

MASTR Asset-Backed Securities Trust 2005-AB1 as Assignee Of Wells Fargo Bank, NA its successors and Assignee's ("U.S. Bank") and (ii) to strike U.S. Bank's Motion to Dismiss the Adversary Proceeding (the "Motion"); and due and proper notice of the Motion having been made on all necessary parties; and upon the response filed by U.S. Bank; and upon the hearing on the Motion having been held before this Court on March 31, 2011 (the "Hearing"); and upon the entire record made at the Hearing; and over Prisco's objection at the Hearing; and after due deliberation and careful consideration, it is hereby:

ORDERED that the Motion is denied in its entirety.

##